IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK PAPE,

           Plaintiff,          ORDER

v.

           13-cv-236-jdp

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

           Defendant.

      The parties have filed a stipulation for attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,821.00 in full satisfaction of any claim for fees and $418.93 in full satisfaction of costs in this case.

      Further, the parties agree that the award may be paid to plaintiff's counsel and may be offset to satisfy any pre-existing debt owed by plaintiff Mark Pape to the United States pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

      After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that the award be made payable to plaintiff's counsel under the EAJA assignment signed by plaintiff and his counsel.

ORDER

      IT IS ORDERED that plaintiff Mark Pape is awarded attorney fees in the amount of $7,821.00 and $418.93 in costs. These amounts are to be made payable to plaintiff's attorney,

David Traver, contingent upon payment of any money found to be owed by plaintiff to the United States.

Entered this 15th day of December, 2014.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge